UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF DELAWARE

| | | |
|---|---|---|
| ROBERT SCHMIDT, individually, <br> AMY SCHMIDT, individually, h/w | ) <br> ) <br> ) | C.A. NO. |
| *Plaintiffs,* <br> vs. | ) <br> ) <br> ) <br> ) | |
| FRANK HAMILTON, individually and <br> TERESSA THOMPSON-THOMAS, <br> individually, <br> *Defendants.* | ) <br> ) <br> ) <br> ) <br> ) | |

## COMPLAINT

Plaintiffs, Robert Schmidt and Amy Schmidt, through their counsel, David P. Cline, Esquire, say by way of Complaint that:

### JURISDICTION

### I. JURISDICTION BASED ON DIVERSITY OF CITIZENSHIP

1. Jurisdiction is based on diversity of citizenship and the amount in controversy exceeds Seventy Five Thousand Dollars ($75,000), exclusive of interest and costs.

2. Jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332.

### VENUE

3. Venue lies under 28 U.S.C. Section 1391.

### PARTIES

4. Plaintiff, Robert Schmidt, is and was at all times pertinent hereto a resident of the state of Delaware, residing at 30 Orchid Drive, Bear, DE 19701.

5. Plaintiff, Amy Schmidt, is and was at all times pertinent hereto a resident of the state of Delaware, residing at 30 Orchid Drive, Bear, DE 19701, and is the wife of plaintiff, Robert Schmidt.

6. Defendant, Frank Hamilton, an individual, upon information and belief, and at all times pertinent hereto, is believed to be a resident of the state of Pennsylvania, residing at 1389 Brookcroft Lane, Boothwyn, PA 19061, Delaware County, Pennsylvania

7. Teressa Thompson-Thomas, an individual, upon information and belief, at all times pertinent hereto, is believed to be a resident of the state of Georgia, who can be served at 4978 U.S. Highway 341 South, Chauncey, GA 31011.

## COUNT I FACTS OF ACCIDENT

8. On December 21, 2005, at approximately 6:57 p.m., plaintiff, Robert Schmidt, was stopped southbound, on I-95, Vietnam Veterans Highway, in Delaware County, Pennsylvania.

9. At the same time and place, defendant, Frank Hamilton Jr., was operating his vehicle, a silver 2004 GMC Yukon, heading southbound, and operated his vehicle in a negligent, careless, reckless and/or grossly negligent manner, causing his vehicle to violently collide into plaintiff, Robert Schmidt's vehicle.

10. At the same time and place, defendant Teressa Thompson-Thomas, was operating her vehicle, a green 1999 Pontiac Grand Prix, heading southbound, and operated her vehicle in a negligent, careless, and/or reckless manner causing her vehicle to violently collide into defendant's, Frank Hamilton vehicle, which was positioned behind the plaintiff's, Robert Schmidt, vehicle, and on information and belief caused further injury to the plaintiff, Robert Schimdt.

11. This incident was the result of the negligence, carelessness, recklessness and/or gross negligence of the defendants, Frank Hamilton and Teressa Thompson-Thomas, individually, and/or jointly and severally, and caused in no manner whatsoever to any act or failure to act on the part of the plaintiff, Robert Schmidt.

12. The aforesaid negligence, carelessness, recklessness and/or gross negligence of the defendant, Frank Hamilton, consisted of action in which he:

    a. Did operate his motor vehicle without due regard for the rights, safety and position of the plaintiff, at the time and place aforesaid;

    b. Did fail to give proper and sufficient warning on the approach of the motor vehicle under his control;

    c. Failed to have his vehicle under proper and adequate control at the time;

    d. Did fail to adhere to the rules of the road concerning the legal distance one must keep from another vehicle in order to safely operate a motor vehicle, and in the operation of motor vehicles on public highways;

    e. Did fail to maintain a proper lookout;

    f. Did fail to keep his vehicle under control and violently struck the plaintiff's vehicle; and

    g. Did drive at an excessive rate of speed for the road conditions then existing;

    h. Drove recklessly and without regard for other persons on the highway;

    i. Was grossly negligent.

13. The aforesaid negligence, carelessness, and /or recklessness of the defendant, Teressa Thompson-Thomas, consisted of action in which she:

    a. Did operate her motor vehicle without due regard for the rights, safety and position of the plaintiff, at the time and place aforesaid;

    b. Did fail to give proper and sufficient warning for the approach of the motor vehicle under her control;

    c. Failed to have her vehicle under proper and adequate control at the time;

    d. Did fail to adhere to the rules of the road concerning the legal distance one must keep from another vehicle in order to safely operate a motor vehicle, and in the operation of motor vehicles of public highways;

    e. Did fail to maintain a proper lookout;

    f. Did fail to keep her vehicle under control and violently struck the plaintiff's vehicle;

## COUNT II MEDICAL

14. As a result of the negligence, carelessness, recklessness and/or gross negligence of the defendants, Frank Hamilton, Jr., and Teressa Thompson-Thomas, individually and/or jointly and severally, plaintiff, Robert Schmidt suffered serious bodily injuries including, but not limited to: brain surgery due to a hematoma on right side of skull, comatose state; broken ribs and injuries to the back, neck and other parts of his body; rehabilitation; an inability to resume his normal activities of daily living which may be permanent in nature.

15. As a direct and proximate result of the aforesaid acts and omissions of the defendants, Frank Hamilton, Jr. and Teressa Thompson-Thomas, individually and/or

jointly and severally, the plaintiff, Robert Schmidt, has incurred, in the past, medical and incidental expenses, which will continue into the indefinite future.

### COUNT III LOST EARNINGS

16. As a further result of the injuries mentioned above, plaintiff, Robert Schmidt, has sustained a loss of earnings and/or earnings capacity, which may continue into the indefinite future.

**WHEREFORE,** Plaintiff, Robert and Amy Schmidt, demand judgment against defendants, Frank Hamilton, and Teressa Thompson-Thomas for monetary damages, property damages, medical expenses both past and present and in the future, pain and suffering, lost wages, punitive damages, attorney fees and costs of suit.

### COUNT IV CONSORTIUM

17. As a further result of the negligence of the defendants, Frank Hamilton and Teressa Thompson-Thomas, the plaintiff, Amy Schmidt, has suffered the loss of society, aid, comfort, companionship, and consortium of her husband, plaintiff, Robert Schmidt.

**WHEREFORE,** Plaintiff, Robert and Amy Schmidt, demand judgment against defendants, Frank Hamilton, and Teressa Thompson-Thomas for monetary damages,

property damages, medical expenses both past and present and in the future, pain and suffering, lost wages, punitive damages, attorney fees and costs of suit.

                          DAVID P. CLINE, P.A.

BY: _____
David P. Cline, Esq. (DE #2681)
715 N. King Street, Suite 100
P.O. Box 33
Wilmington, DE 19899-0033
(302) 529-7848
Attorney for Plaintiff(s)

Dated: December 20, 2007

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Robert & Amy Schmidt

**DEFENDANTS**
Frank Hamilton, Jr.
Teressa Thompson-Thomas

(b) County of Residence of First Listed Plaintiff: New Castle Co., Del.
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Delaware Co., Penna
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number): David P. Cline, Esq, 715 King St, Ste 100, Box 33, Wilm, DE 19899-0033, 302-529-7848

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 28 U.S.C. §1332
Brief description of cause: Motor Vehicle Personal Injury

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
Delaware District Court
JUDGE J.J. Farnan
DOCKET NUMBER 06-207

DATE 12/20/2007
SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __07-833__

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

2007 DEC 20 PM 2:13
FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I HEREBY ACKNOWLEDGE RECEIPT OF ____4____ COPIES OF AO FORM 85.

DEC 2 0 2007
(Date forms issued)

_Joanne Schaefer 12/20/07_
(Signature of Party or their Representative)

_Joanne Schaefer 12/20/07_
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action