IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMY SCHMIDT, <br> ROBERT SCHMIDT, <br><br> Plaintiffs, <br><br> v. <br><br> FRANK HAMILTON, TRESSA <br> THOMPSON-THOMAS, <br><br> Defendants. | : <br> : <br> : <br> : <br> : Civil Action No. 07-833-JJF-LPS <br> : <br> : <br> : <br> : |

**O R D E R**

WHEREAS, the Court has referred this matter to Magistrate Judge Stark pursuant to the Standing Order dated June 29, 2007;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Magistrate Judge shall hear and resolve all pretrial matters, up to and including the pretrial conference, subject to 28 U.S.C. § 636(b)(1)(B) and any further Order of the Court.

2. All subsequent filings in this action shall be captioned consistently with the caption used for this Order.

January 8, 2008
DATE

UNITED STATES DISTRICT JUDGE