IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMY SCHMIDT, ET AL., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 07-833-JJF-LPS |
| FRANK HAMILTON, et al., | ) ) ) |
| Defendants. | ) ) |

### ORDER

At Wilmington, Delaware, this 1st day of **May, 2008**, there having been no activity in the above captioned case since January 17, 2008;

IT IS ORDERED that, on or before May 12, 2008, plaintiffs shall show cause why the above-captioned action should not be dismissed for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

_____
UNITED STATES MAGISTRATE JUDGE