IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMY SCHMIDT, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 07-833-JJF-LPS |
| FRANK HAMILTON, et al., | ) |
| Defendants. | ) |

### ORDER

At Wilmington this 5 day of June 2008, plaintiffs having failed to inform the Court of their intention to pursue this litigation as directed in the Court's order issued on May 1, 2008 (D.I. 5);

IT IS ORDERED that the above captioned action shall be dismissed for failure to prosecute, pursuant to D.Del. LR 41.1.

*[signature]*
UNITED STATES DISTRICT JUDGE